UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF<br>Ibiuna Crédito Gestão de Recursos Ltda.,Travessia Securitizadora de Créditos Financeiros S.A., and Travessia Securitizadora de Créditos Financeiros XXXII S.A.<br><br>*Petitioners,*<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Foreign Proceedings in the Federal Republic of Brazil. | Case No. 24-MC-0013 |

## *EX PARTE* APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Ibiuna Credito Gestão De Resumos LTDA, Travessia Securitizadora de Créditos Financeiros XXXII S.A., and Travessia Securitizadora De Créditos Financeiros S.A. ("Petitioners"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, 34, and 45, respectfully applies to this Court for an order in the form attached as Exhibit B to the "Memorandum of Law in Support of *Ex Parte* Application For Order Pursuant to 28 U.S.C. § 1782 Authorizing Petitioners to Conduct Discovery For Use in Foreign Proceedings" in the form of the subpoenas attached as Exhibit A to the same. In support of their application and petition, Petitioners submit a Memorandum of Law and attach the declaration of José Luiz Bayeux (the "Bayeux Decl.") dated January 8, 2024, in addition to exhibits attached to it.

Dated: January 9, 2024.              Respectfully Submitted,

**/s/Gabriela Menna Barreto Scanlon**
MB SCANLON PLLC
4301 50th Street NW, 1st Washington,
Phone: (215) 459 1171
gabriela@mbscanlon.com