UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of IBUINA CREDITO GESTAO DE RECURSOS LTDA, et al.,<br><br>Petitioners,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding. | 24-MC-013 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 9, 2024, Petitioners filed an ex parte application, pursuant to 28 U.S.C. § 1782. (ECF 1.) On January 16, 2024, Judge John G. Koeltl referred this case to Magistrate Judge Jennifer Willis for general pretrial purposes, including scheduling, discovery, non-dispositive motions, and settlement. (*See* ECF 6.) On January 17, 2024, that referral was reassigned to me.

I have reviewed Petitioners' application (ECF 2, 4). Accordingly, I am scheduling a Telephone Conference on **Friday, February 2, 2024, at 11:00 AM**. Petitioners must be prepared to discuss the scope of their subpoena request. Counsel is directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 639 587 703#.**

DATED: January 26, 2024
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge