UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IBIUNA CREDITO GESTAO DE RECURSOS
LTDA, ET AL.,                                           24-mc-13 (JGK)

                Petitioners,            ORDER

    - against -

GOLDMAN SACHS GROUP INC., ET AL.,

                Respondents.

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Tarnofsky dated February 14, 2024, that recommends that the application by petitioners Ibiuna Credito Gestao de Recursos Ltda, et al., pursuant to 28 U.S.C. § 1782, be granted in part and denied in part. ECF No. 16. More particularly, it recommends that the application for subpoenas duces tecum directed to Clearinghouse Payments Company, LLC; The Federal Reserve Bank of New York; Goldman Sachs Group, Inc.; and Godman Sachs & Co., LLC, ECF. Nos. 12-2, 12-3, 12-4, 12-5, and 15-2, be granted and that the application for a subpoena duces tecum directed to Santander Bank, N.A., ECF. No. 15-1, be denied. No objections to the Report and Recommendation have been filed, and the time for any objections has passed. Moreover, the Court finds that the Report and Recommendation is well founded. Therefore, the Court adopts the Report and Recommendation and authorizes the petitioners to serve the subpoenas duces tecum as

requested with the exception of the subpoena duces tecum directed to Santander Bank, N.A., which is not authorized to be served at this time.

The Clerk is directed to close 24-mc-13.

**SO ORDERED.**

Dated:   New York, New York
         March 11, 2024

*/s/ John G. Koeltl*
John G. Koeltl
**United States District Judge**